# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2018

Stephen J. Markman,
Chief Justice

156132(85)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

MARY ANN HEGADORN,
      Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
      Defendant-Appellee.

SC: 156132
COA: 329508
Livingston CC: 2014-028394-AA

_____/

      On order of the Chief Justice, the motion to substitute "RALPH HEGADORN, as Personal Representative of the Estate of MARY HEGADORN" as the plaintiff-appellant in all further proceedings before this Court is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2018



Clerk